[**Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Wendt v. Dickerson,* **Slip Opinion No. 2016-Ohio-5822.**]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-5822

WENDT ET AL., APPELLEES, *v.* DICKERSON ET AL., APPELLANTS.

[**Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Wendt v. Dickerson,* **Slip Opinion No. 2016-Ohio-5822.**]

*Court of appeals' judgment reversed on the authority of* Corban v. Chesapeake Exploration, L.L.C., *and* Walker v. Shondrick-Nau.

(No. 2014-2051—Submitted August 31, 2016—Decided September 15, 2016.)

APPEAL from the Court of Appeals for Tuscarawas County,

No. 2014 AP 01 0003, 2014-Ohio-4615.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, ___ Ohio St.3d ___, 2016-Ohio-5796, ___ N.E.3d ___, and *Walker v. Shondrick-Nau*, ___ Ohio St.3d ___, 2016-Ohio-5793, ___ N.E.3d ___.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

_____

Krugliak, Wilkins, Griffiths, & Dougherty Co., L.P.A., David E. Butz, and Matthew W. Onest, for appellees.

Fitzpatrick, Zimmerman & Rose Co., L.P.A., Paul Hervey, and Jilliann A. Daisher, for appellants.

_____